## JOBE ET AL. *v.* CITY OF ERLANGER.

No. 62. Decided October 11, 1965.

*James C. Ware* for appellants.

*Harry L. Riggs, Jr.,* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

MR. JUSTICE HARLAN. is of the opinion that probable jurisdiction should be noted.

## ALUMINUM CO. OF AMERICA ET AL. *v.* UNITED STATES.

No. 84. Decided October 11, 1965.

*Herbert A. Bergson, Howard Adler, Jr., Daniel H. Margolis* and *William K. Unverzagt* for appellants.

*Solicitor General Cox, Acting Assistant Attorney General Wright, Lionel Kestenbaum, Jerry Z. Pruzansky* and *Edna Lingreen* for the United States.

PER CURIAM.

The motion to affirm is granted and the judgment is affirmed.